People v Frankie (2020 NY Slip Op 51496(U))

[*1]

People v Frankie (Christine)

2020 NY Slip Op 51496(U) [70 Misc 3d 127(A)]

Decided on December 10, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 10, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : BRUCE E. TOLBERT, J.P., THOMAS A. ADAMS, JERRY GARGUILO, JJ

2019-991 S CR

The People of the State of New York,
Respondent,
against
Christine Frankie, Appellant. 

Scheyer & Stern (Fredrick P. Stern of counsel), for appellant.
Office of the Brookhaven Town Attorney (Edward A. Flood of counsel), for respondent.

Appeal from a judgment of the District Court of Suffolk County, Sixth District (James P.
Flanagan, J.), rendered March 28, 2019. The judgment convicted defendant, after a nonjury trial,
of violating Brookhaven Town Code § 82-10 (A), and imposed sentence.

ORDERED that the judgment of conviction is affirmed. 
Following a nonjury trial, defendant was found guilty of renting out property she owned in
Wading River without a rental registration in violation of Brookhaven Town Code § 82-10
(A). Judgment of conviction is affirmed. No opinion.
TOLBERT, J.P., ADAMS and GARGUILO, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 10, 2020